1008

No. 1063, Misc. DARST v. RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied. Petitioner *pro se. John J. O'Connell,* Attorney General of Washington, *Stephen C. Way* and *Paul J. Murphy,* Assistant Attorneys General, for respondent.

No. 1096, Misc. STONER v. OLIVER, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 1098, Misc. ORLANDO v. FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied. *Myron L. Shapiro* and *Richard J. Burke* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Iris A. Steel,* Deputy Assistant Attorney General, for respondent.

No. 1269, Misc. WALDRON v. ILLINOIS. Sup. Ct. Ill. Certiorari denied. Petitioner *pro se. William G. Clark,* Attorney General of Illinois, and *Richard A. Michael* and *Philip J. Rock,* Assistant Attorneys General, for respondent.

No. 1293, Misc. HERNANDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Herbert B. Schlosberg* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Anthony P. Nugent, Jr.,* for the United States.

No. 1609, Misc. NARTEN v. ARIZONA. Sup. Ct. Ariz. Certiorari denied. *William Tinney* and *W. Edward Morgan* for petitioner. *Darrell F. Smith,* Attorney General of Arizona, *William E. Eubank,* Chief Assistant Attorney General, and *Gary K. Nelson,* Assistant Attorney General, for respondent.